KEVIN R. MARTIN, STATE BAR NUMBER NO. 176853
RYAN C. DONLON, STATE BAR NUMBER NO. 229292
MCNICHOLS, RANDICK, ODEA & TOOLIATOS, LLP
5000 Hopyard Road, Suite 400
Pleasanton, CA  94588
Telephone:  (925) 460-3700
Facsimile:  (925) 460-0969

Attorneys for Plaintiffs and Counterdefendants,
Jacelyn M. Auman and Architectural Detail Corporation, and for
Third Party Defendants, Barney J. Auman and Dustin Jeffery Auman


STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 55219
BUSINESS & TECHNOLOGY LAW GROUP
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone:  (408) 282-1949
Facsimile:  (408) 275-9930

Attorneys for Defendants, Architecturaldepot.com and Pacific Columns, and for
Counterclaimant and Third Party Plaintiff, Pacific Columns, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACELYN M. AUMAN, an individual, and ARCHITECTURAL DETAIL CORPORATION, a Utah corporation, <br><br>     Plaintiffs, <br><br> vs. <br><br> ARCHITECTURALDEPOT.COM, a California business entity, and PACIFIC COLUMNS, a California business entity, <br><br>     Defendants. <br><br> PACIFIC COLUMNS, INC., a California corporation, <br><br>     Counterclaimant, <br><br> vs. <br><br> JACELYN M. AUMAN, an individual, and ARCHITECTURAL DETAIL CORPORATION, a Utah corporation, <br><br>     Counterdefendants. | CASE NO. C 04 3216 CW <br><br><br> **STIPULATION FOR JUDGMENT, [PROPOSED] JUDGMENT, AND DISMISSAL WITH PREJUDICE** <br><br><br> Civil Local Rule 7-12 |

|  | PACIFIC COLUMNS, INC., a California corporation, | ) |
|---|---|---|
| 1 |  | ) |
| 2 | Third Party Plaintiff, | ) |
|  |  | ) |
| 3 | vs. | ) |
|  |  | ) |
| 4 | BARNEY J. AUMAN, an individual, and DUSTIN JEFFERY AUMAN, an individual, | ) |
| 5 |  | ) |
|  | Third Party Defendants. | ) |

### STIPULATION FOR JUDGMENT AND DISMISSAL WITH PREJUDICE

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED by and among each of the parties in this action and their respective counsel, Kevin R. Martin of McNichols, Randick O'Dea & Tooliatos, LLP representing Plaintiffs and Counter-defendants, JACELYN M. AUMAN and ARCHITECTURAL DETAIL CORPORATION (hereinafter collectively referred to as "Architectural Detail"), and Third Party Defendants, BARNEY J. AUMAN (hereinafter referred to as "Barney Auman") and DUSTIN JEFFERY AUMAN, and Stephen N. Hollman of Business & Technology Law Group representing, Defendants and Counterclaimaints ARCHITECTURALDEPOT.COM and PACIFIC COLUMNS, and Counterclaimant and Third Party Plaintiff, PACIFIC COLUMNS, INC. (hereinafter collectively referred to as "Pacific Columns"), as follows with each such counsel having being authorized by his clients to enter into this Stipulation for Judgment and Dismissal with Prejudice and requests the Court to enter judgment in conformity with this Stipulation:

1. Barney Auman has designed (i) contributions, or (ii) modifications to a number of composite decorative or ornamental capitals for certain types of columns, the original designs for which are based upon classic architectural orders emanating from the Greek and Roman eras.

2. Barney Auman has assigned certain of his rights in his designs to Architectural Detail. Insofar as is relevant here, those certain designs or photographs thereof are identified in the Complaint as the "Works".

3. Upon application by Architectural Detail or their assignors or predecessors in interest, the Copyright Office has duly issued registrations for copyrights on certain of the Works (hereinafter referred to as the "Registered Works").

Case No. C 04 3216 CW

Stip. for Judgment & Dismissal
[Proposed] Judgment
& Dismissal with Prejudice

4.    The Registered Works contain elements that are original works of authorship under 17 U.S.C. §§ 102 or 103.

5.    In or about April 2003, Barney Auman, acting with the authority to bind the predecessor in interest to Architectural Detail Corporation, entered into an oral agreement with Pacific Columns whereby it was to, and did, purchase decorative or ornamental capitals for polyclassic columns from the predecessor in interest to Architectural Detail Corporation, that was represented by Barney Auman.

6.    In or about November, 2003, Barney Auman caused such oral agreement to be terminated without any prior notice to Pacific Columns which action occasioned damages being sustained by Pacific Columns.

7.    The Court, upon entering a Judgment pursuant to the foregoing stipulated matters, is hereby requested to dismiss this action, inclusive of the Complaint, First Amended Counterclaim, and First Amended Third Party Complaint, with prejudice to all parties, and with each party to bear its own attorneys' fees and costs.

Dated: April 7, 2005

Plaintiff and counterdefendant,
JACELYN M. AUMAN

Jacelyn M. Auman

Dated: April 7, 2005

Plaintiff and counterdefendant,
ARCHITECTURAL DETAIL CORPORATION

By: Barney J. Auman
[Print Title] secretary - treasurer

Dated: April 7, 2005

Third party defendant,
BARNEY J. AUMAN

Barney J. Auman

Dated: April 7, 2005

Third party defendant,
DUSTIN JEFFERY AUMAN

Dustin Jeffery Auman

1

Dated: April 7, 2005

Defendant,
ARCHITECTURALDEPOT.COM

2

By:    Pacific Columns, Inc.

3

By: _____
       Robert W. Sellek
       President

4

5

Dated: April 7, 2005

Defendant,
PACIFIC COLUMNS

6

By:    Pacific Columns, Inc.

7

By: _____
       Robert W. Sellek
       President

8

9

10

Dated: April 7, 2005

Counterclaimant and Third Party Plaintiff,
PACIFIC COLUMNS, INC.

11

By: _____
       Robert W. Sellek
       President

12

13

14

Dated: April 7, 2005

McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP

15

By: _____
       Kevin R. Martin

16

       Attorneys for Plaintiffs, Cross-defendants
       and Third Party Defendants

17

18

Dated: April 7, 2005

BUSINESS & TECHNOLOGY LAW GROUP

19

By: _____
       Stephen N. Hollman

20

       Attorneys for Defendants, Counterclaimant
       and Third Party Plaintiff

21

22

23

24

PURSUANT TO STIPULATION FOR JUDGMENT AND DISMISSAL WITH PREJUDICE,

25

IT IS SO ORDERED:

26

27

Dated: April ___, 2005

_____
Hon. Claudia Wilken
United States District Court Judge

28

Case No. C 04 3216 CW

Stip. for Judgment & Dismissal
[Proposed] Judgment
& Dismissal with Prejudice

Dated: April 7, 2005

Defendant,
ARCHITECTURALDEPOT.COM

By:     Pacific Columns, Inc.

By: _____
         Robert W. Sellek
         President

Dated: April 7, 2005

Defendant,
PACIFIC COLUMNS

By:     Pacific Columns, Inc.

By: _____
         Robert W. Sellek
         President

Dated: April 7, 2005

Counterclaimant and Third Party Plaintiff,
PACIFIC COLUMNS, INC.

By: _____
         Robert W. Sellek
         President

Dated: April 7, 2005

McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP

By: _Kevin A. Martin_____
         Kevin R. Martin
         Attorneys for Plaintiffs, Cross-defendants
         and Third Party Defendants

Dated: April 7, 2005

BUSINESS & TECHNOLOGY LAW GROUP

By: _____
         Stephen N. Hollman
         Attorneys for Defendants, Counterclaimant.
         and Third Party Plaintiff

PURSUANT TO STIPULATION FOR JUDGMENT AND DISMISSAL WITH PREJUDICE,
IT IS SO ORDERED:

                                    /s/ CLAUDIA WILKEN

        June 2
Dated: ~~April~~__, 2005           _____
                                    Hon. Claudia Wilken
                                    United States District Court Judge

Stip. for Judgment & Dismissal
[Proposed] Judgment
& Dismissal with Prejudice